## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| LIONIRES HERNANDEZ, | Civil No. 08-4684 (JRT/FLN) |
| Plaintiff, | |
| v. | |
| STARCON INTERNATIONAL, INC., | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

_____

Clayton Halunen and Joni Thome, **HALUNEN & ASSOCIATES**, 1650 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, for plaintiff.

Kerry Middleton and Noah Lipschultz, **LITTLER MENDELSON, PC,** 80 South Eighth Street, Suite 1300, Minneapolis, MN 55402, for defendant.

Based on the stipulation of dismissal with prejudice filed by the parties on April 28, 2009 [Docket No. 13],

**IT IS HEREBY ORDERED** that this action is hereby dismissed WITH PREJUDICE with each party to bear its own costs and fees.


DATED: April 28, 2009
at Minneapolis, Minnesota.                                   s/John R. Tunheim
                                                                          JOHN R. TUNHEIM
                                                                   United States District Judge